UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DANIEL D. VIVIAN, a Michigan resident**

    **Plaintiff,**

**V.**                                                                   **Case No: 2:11-CV-150-FtM-SPC**

**THEODORE BEAHM and HELEN BEAHM,**

    **Defendants.**

_____/

## **ORDER**

This matter comes before the Court on Plaintiff, Daniel D. Vivian's Motion to Strike Defendants' Reply to Plaintiff's Response to Defendants' Motion for Final Summary Judgment (Doc. #60) filed on July 3, 2012. The Defendants filed a Motion for Final Summary Judgment with the Court on June 13, 2012. (Doc. #48). After receiving the Defendants' Motion, the Plaintiff filed his Response to the Defendants' Motion for Final Summary Judgment on June 27, 2012. (Doc. #56). Thereafter, the Defendants filed a Reply to Plaintiff's Response on June 29, 2012. (Doc. #58).

Pursuant to Local Rule 3.01(c), "[n]o party shall file any reply or further memorandum directed to the motion or response allowed in [section] (a) or (b) unless the Court grants leave." It is clear that the Defendants failed to follow the Local Rules in filing this Reply. Therefore, because the Defendants failed to ask the Court's permission for leave to file the Reply, the Plaintiff's Motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Plaintiff, Daniel D. Vivian's Motion to Strike Defendants' Reply to Plaintiff's Response to Defendants' Motion for Final Summary Judgment (Doc. #60) is **GRANTED**. The Clerk of the Court is hereby directed to **STRIKE** Defendants' Reply to Plaintiff's Response to Defendants' Motion for Final Summary Judgment. (Doc. #58).

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of July, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record