UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DANIEL D. VIVIAN, a Michigan resident**

    **Plaintiff,**

v.                                Case No: 2:11-CV-150-FtM-36SPC

**THEODORE BEAHM and HELEN BEAHM**

    **Defendants.**

_____/

## ORDER

This matter comes before the Court on the Defendants, Theodore and Helen Beahm's, Motion to Withdraw Reply to Plaintiff's Response to Defendant's Motion to Quash (Doc. #63) filed on July 3, 2012; the Plaintiff, Daniel Vivian's ("Vivian"), Motion to Strike Defendants' Reply to Plaintiff's Response to Defendant's Motion to Quash Subpoena (Doc. #62) filed on July 3, 2012; the Defendants, Theodore and Helen Beahm's, Motion for Leave to File Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. #64) filed July 5, 2012; and the Defendants, Theodore and Helen Beahm's, Motion to File Reply to Plaintiff's Response to Defendant's Motion to Quash and for Protective Order (Doc. #65) filed July 5, 2012.

Pursuant to Local Rule 3.01(c), "[n]o party shall file any reply or further memorandum directed to the motion or response . . . unless the Court grants leave." M.D. Fla. Local Rule

3.01(c). "A motion requesting leave to file . . . a reply or further memorandum shall not exceed three (3) pages, shall specify the length of the proposed filing, and shall not include, as an attachment or otherwise, the proposed motion response, reply, or other paper." M.D. Fla. Local Rule 3.01(d).

The Court, having considered these Motions, grants Defendants' Motion to Withdraw Reply to Plaintiff's Response to Defendant's Motion to Quash. Because the Court is granting the Motion to Withdraw, the Court will deny Plaintiff, Vivian's Motion to Strike as moot. Additionally, at this time, the Court does not find good cause to grant either of Defendants' Motions for Leave to File a Reply. Therefore, the Defendants' Motions for Leave to file Reply Briefs (Docs. # 64, 65), are due to be denied.

Accordingly, it is now

**ORDERED:**

1. The Defendants, Theodore and Helen Beahm's Motion to Withdraw Reply to Plaintiff's Response to Defendant's Motion to Quash (Doc. #63) is **GRANTED**

2. The Plaintiff, Daniel D. Vivian's Motion to Strike Defendant's Reply to Plaintiff's Response to Defendant's Motion to Quash Subpoena (Doc. #62) is **DENIED as moot.**

3. Defendants, Theodore and Helen Beahm's, Motion to File a Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment (Doc. #64) is **DENIED**.

4. Defendants, Theodore and Helen Beahm's, Motion for Leave to File Reply to Plaintiff's Response to Defendant's Motion to Quash and Motion for Protective Order (Doc. #65) is **DENIED**

**DONE AND ORDERED** at Fort Myers, Florida, this __6th__ day of July, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record