UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANIEL D. VIVIAN, a Michigan resident
    Plaintiff,

V.

THEODORE BEAHM and HELEN BEAHM,
    Defendants.
_____/

Case No:  2:11-cv-150-FtM-SPC

## ORDER OF DISMISSAL

This matter comes before the Court on the Defendants, Theodore and Helen Beahm's Notice of Settreement  (Doc. #80) filed on August 9, 2012. On June 3, 2012, the above listed Parties consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. 636(c).  The District Court approved the consent to trial by Magistrate Judge.  This Court has now been advised by counsel that the above action has been settled.

    Accordingly, it is hereby

    **ORDERED**:

    This cause is **DISMISSED** subject to the right of any party, within **sixty (60) days** from the date of this Order, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause.  *See*, Local Rule 3.08(b).  All pending motions (if any) are hereby denied as moot.

    **DONE** and **ORDERED** in Fort Myers, Florida this 10th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record