UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**DANIEL D. VIVIAN, a Michigan resident**
      **Plaintiff,**

**V.**                                              **Case No:  2:11-cv-150-FtM-SPC**

**THEODORE BEAHM and HELEN BEAHM,**
      **Defendants.**
_____/

## ORDER

This matter comes before the Court on the Defendants, Theodore and Helen Beahm's Motion In Limine (Doc. #76) filed on August 6, 2012, and the Plaintiff, Daniel D. Vivian, and Defendants Theodore and Helen Beahm's Agreed Motion to Allow Electronic Equipment (Doc.# 78) filed on August 6, 2012.  On August 9, 2012, the Defendants, Theodore and Helen Beahm, filed their Unopposed Notice of Settlement (Doc. # 80).  Therefore, the Motions are now moot.

Accordingly, it is now

**ORDERED:**

(1) The Defendants, Theordore and Helen Beahm's Motion In Limine (Doc. #76) is **DENIED as moot**.

(2) The Plaintiff Daniel D. Vivian and Defendants Theodore and Helen Beahm's Agreed Motion to Allow Electronic Equipment (Doc.# 78) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of August, 2012.

                                                  SHERI POLSTER CHAPPELL
                                                UNITED STATES MAGISTRATE JUDGE

Copies:  All Parties of Record